IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIAN SMITH, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
|    v. | )   C.A. No. 24-1416 (MN) |
| | ) |
| CHRISTIANA CARE HEALTH SERVICES, INC., | ) |
| | ) |
|         Defendant. | ) |

## ORDER

At Wilmington, this 18th day of February 2026;

WHEREAS, on January 5, 2026, Magistrate Judge Tennyson issued a Report and Recommendation ("the Report") (D.I. 14), recommending the Court grant Defendant's Partial Motion to Dismiss (D.I. 8);

WHEREAS, on January 20, 2026, Plaintiff filed objections to the Report (D.I. 15);

WHEREAS, in the objections, Plaintiff acknowledges that she has raised new arguments before this Court that were not raised before the Magistrate Judge (D.I. 15 at 10-11);

WHEREAS, the Court believes that the new arguments should be presented to the Magistrate Judge before the Court addresses them;

WHEREAS, in the objections, Plaintiff incorrectly suggests that the Report foreclosed her ability to seek leave to amend her complaint (D.I. 15 at 9), when it simply noted that Plaintiff had failed to follow the correct procedure to seek such leave and thus "the request for leave to amend is not adequately before the Court" (D.I. 14 at 15); and

WHEREAS, Plaintiff has stated that she "will separately file a motion to amend her Complaint with a proposed Amended Complaint" but has not yet done so.

THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff's Objections to Report and Recommendation (D.I. 15) are OVERRULED.

2. The Report and Recommendation (D.I. 14) is ADOPTED.

3. Defendant's Motion to Partially Dismiss Plaintiff's Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6) is GRANTED and Counts I-VI and VIII-XI of the Complaint are DISMISSED.

4. Neither the Report nor this Order preclude Plaintiff from seeking leave to file an Amended Complaint. If Plaintiffs wishes to amend her Complaint to address the deficiencies identified by the Report, she may do so using this Court's procedures. Failure of Plaintiff to seek to amend within thirty (30) days of the date of this Order will result in this case proceeding on Count VII of the Complaint.

_____
The Honorable Maryellen Noreika
United States District Judge